UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVEN P. KARPINSKI,

    Plaintiff,

v.                                         CASE NO.: 8:05-CV-358-T-17MAP

J.W. HUNT PRODUCE CO., INC.,
a Florida corporation, and
GEORGE W. AMERMAN, individually,
and HUNTER REALTY, LLC, a
Delaware corporation,

    Defendants.

_____/

## **ORDER**

      This cause came on for consideration upon Plaintiff's Motion to Compel Defendant Hunter Realty LLC to Provide Responses to First Request for Production and Plaintiff's Prayer for Attorney Fees (doc. 36), Plaintiff's Motion to Determine Sufficiency and Compel Responses of Defendant J.W. Hunt Produce Co., Inc. to Interrogatory 8 of Plaintiff's First Interrogatories and to Plaintiff's Request for Production (doc. 37), and Plaintiff's Motion to Compel Defendant George Amerman to Provide Responses to First Interrogatories and Responses to First Request for Production and Plaintiff's Prayer for Sanction (doc. 38). Defendants have failed to respond to Plaintiff's motions. Therefore, the Court presumes Defendants have no objections to Plaintiff's requested relief. *See* Local Rule 3.01(b). Accordingly, it is hereby

      ORDERED:

      1.      Plaintiff's Motion to Compel Defendant Hunter Realty LLC to Provide Responses to First Request for Production and Plaintiff's Prayer for Attorney Fees (doc. 36) is GRANTED.

2.	Plaintiff's Motion to Determine Sufficiency and Compel Responses of Defendant J.W. Hunt Produce Co., Inc. to Interrogatory 8 of Plaintiff's First Interrogatories and to Plaintiff's Request for Production (doc. 37) is GRANTED.

3.	Plaintiff's Motion to Compel Defendant George Amerman to Provide Responses to First Interrogatories and Response to First Request for Production and Plaintiff's Prayer for Sanctions (doc. 38) are GRANTED.

4.	Plaintiff's requests for sanctions are DENIED.

DONE AND ORDERED in chambers at Tampa, Florida on this 14th day of December, 2005.

*Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record